**No. 69430.**—Buhler, Mill Engineering Co. and Gehrig, Hoban & Co., Inc., et al. *v.* United States, protests 62/11609, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of parts of food preparing machines similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiffs was sustained.

**No. 69431.**—Marubeni Iida (America), Inc. *v.* United States, protests 60/22860, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of 15-denier nylon monofilament yarn having a slight turn twist, weighing under 150 deniers per length of 450 meters, and valued not under 90 cents per pound, the claim of the plaintiff was sustained.